Nov. Term, 1859.

SMITH v. CRAIG.

---

SMITH *v.* CRAIG.

APPEAL from the *Johnson* Court of Common Pleas.

*Tuesday, December* 20.

*Per Curiam.*—Suit on a note. Answer, that the note was given for a part of the consideration of land, and that plaintiff had no title thereto, &c. Reply, general denial. Motion to dismiss for want of jurisdiction, overruled. Judgment for plaintiff.

The only point made in the brief of appellant is, as to the jurisdiction of the Court. This question has been already decided. *Harvey* v. *Dakin*, 12 Ind. R. 481.

The judgment is affirmed with 10 per cent. damages and costs.

*G. M. Overstreet* and *J. B. Hunter*, for the appellant.

*J. H. Williams*, for the appellee.